# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                    Plaintiff,

v.

(1) DILLON GEORGE TAYLOR,

                    Defendant,             Case No. 26-65 (JMB/LIB)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X )Ad Prosequendum        ( )Ad Testificandum

Name of Detainee:  DILLON GEORGE TAYLOR

Detained at (custodian):  RED LAKE DETENTION CENTER

The government is requesting the **investigating agency** to transport detainee.

Detainee is:    a.)     (X) charged in this district by:  Complaint

                    Charging Detainee With:  Assault with a dangerous weapon; Robbery

    or     b.)     () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)     () return to the custody of detaining facility upon termination of this proceeding

    or     b.)     (X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on March 12

the courtroom of The Honorable Leo I. Brisbois,

Dated:  March 11, 2026

                              *s/ Kristian Weir*

                              KRISTIAN WEIR, AUSA

## WRIT OF HABEAS CORPUS

    (X )Ad Prosequendum              ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

March 11, 2026                         s/Jon T. Huseby

Date                                 THE HONORABLE JON T. HUSEBY

                                 UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| A.K.A.(s) (if applicable): | Gender: |
| Booking or Fed. Reg.#: | DOB: xx/xx/ |
| Facility Address: | Race: |
| | FBI #: |
| Facility Phone: | |
| Currently Incarcerated For: | |

### RETURN OF SERVICE

**Executed on** _____ **by** _____ _____

                                                     (Signature)